**COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT TERRY, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUN CITY ELECTRIC, a Nevada Corporation; ELECTRICAL JOINT APPRENTICESHIP TRAINING COMMITTEE (JATC) OF SOUTHERN NEVADA; DOES I through X, inclusive; ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No: 2:10-cv-01779-KJD-LRL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Dwight Terry, Jr. and Defendant The Southern Nevada Electrical Joint Apprenticeship and Training Trust Fund (misnamed by Plaintiff as Electrical Joint Apprenticeship Training Committee of Southern Nevada), by and through their counsel of record, hereby stipulate as follows:

///

///

///

///

///

///

1. The parties stipulate to dismiss this matter with prejudice; and,

2. Each party shall bear their own fees and costs.

Dated this 11th day of February, 2011          Dated this 11th day of February, 2011

**COGBURN LAW OFFICES**                   **CHRISTENSEN JAMES & MARTIN**

By:/s/ Andrew L. Rempfer                  By: /s/ Laura Wolf
   Andrew L. Rempfer, Esq.                    Laura J. Wolff, Esq.
   Nevada Bar No. 8368                         Nevada Bar No. 6869
   Attorneys for Plaintiff                     Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: 2/15/11

**COGBURN LAW OFFICES**
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616  FAX: (702) 943-1936